Bijan Amini (BA 3533)
Kathleen E. Wright (KW 5439)
Bonnie Tucker (BT 8340)
STORCH AMINI & MUNVES, PC
Two Grand Central Tower, 25th Fl
140 East 45th Street
New York, New York 10017
Tel. (212) 490-4100
Fax (212) 490-4208
bamini@samlegal.com
kwright@samlegal.com
*Attorneys for Plaintiff FCC, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x

FCC, LLC, a Florida limited liability company          :

       Plaintiff,          :

       v.          :

ANI INDUSTRIES, L.L.C., a New Jersey limited liability  :
company; MIRAGE CLOTHING USA INC., a New Jersey
corporation; MIRAGE CLOTHING COMPANY INC., a  :   **08 Civ. 02181 (LAP)**
New York corporation; MIRAGE FASHIONS OF NEW  :
YORK, LLC, a New York limited liability company;  :   **ECF Case**
ANGELIQUE CLOTHING INC., a  New York  :
Corporation; NARESH MAHTANI, individual;  :
NAVIN MAHTANI, individual; RITESH MAHTANI,  :
individual; and DOES 1 through 10 inclusive  :   **<u>RULE 7.1 STATEMENT</u>**
                     :
                     :
       Defendants.          :
--------------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local
General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court
to evaluate possible disqualification or recusal, the undersigned counsel for
FCC, LLC (a private non-governmental party) certifies that the following are
corporate parents, affiliates and/or subsidiaries of said party,
which are publicly held.

None.

Date: _March 4, 2008_

_Signature of Attorney_
**Signature of Attorney**
**Attorney Bar Code:  KW 5439**

_Kathleen E. Wright_

Form Rule7_1.pdf