UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
FCC, LLC, a Florida limited liability company  :   **JUDGE PRESKA**
      Plaintiff,  :   Index No. 08 CV 02181
      v.  :   **AFFIDAVIT OF SERVICE**
ANI INDUSTRIES, L.L.C., MIRAGE CLOTHING
USA INC., et al.
      Defendants.  :
------------------------------------------------------------------x

STATE OF NEW YORK  )
                           )ss.:
COUNTY OF NEW YORK  )

      Kathleen Wright, being duly sworn, deposes and says:

      Deponent is not a party to the action, is over 18 years of age and resides in West Orange, New Jersey.

On April 9, 2008, deponent served a true and correct copy of the following documents:
- The Complaint with attached exhibits;
- The ANI Industries, Inc. Summons;
- The Civil Cover Sheet; and
- The Individual Practices of Judge Preska, upon:

      ANI Industries, L.L.C.
      c/o Klestadt & Winters, LLP
      Brendan Scott, Esq.
      292 Madison Avenue, 17th Floor
      New York, NY 10017-6314
      BScott@Klestadt.com

by sending the documents via electronic mail at the above email address designated by said attorney for such purpose. Mr. Scott has stated that he is an agent authorized to receive service of process on behalf of ANI Industries, L.L.C. and has agreed to accept service via electronic mail.

                                                _____
                                                    Kathleen Wright

Sworn to before me this
9th day of April, 2008

_____
Notary Public

            KEVIN FRITZ
    Notary Public, State of New York
         No. 02FR6139281
     Qualified in New York County
 Commission Expires on January 3, 2010