Rec'd: By Hand
4/10/08
3636.04
BA/KW/DS/TM
FCC re: AWI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
FCC, LLC, a Florida limited liability company,
        Plaintiff(s),

JUDGE PRESKA
Index No. 08 CV 02181

-against-

AFFIDAVIT OF SERVICE

MIRAGE CLOTHING COMPANY INC.,
a New York Corporation,
        Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK)
          S.S.:
COUNTY OF NEW YORK)

    DARRYL A. GREEN, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

    That on the 9th day of April 2008, at approximately 3:25 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT, CIVIL COVER AND JUDGES' RULES** upon Angelique Clothing, Inc. at 1407 Broadway, Suite 921, New York, NY 10018, by personally delivering and leaving the same with Jodi "Doe", Secretary, refused to give her last name at that address.

    Jodi "Doe" is an Asian female, approximately 50 years of age, stands approximately 5 feet 0 inches tall and weighs approximately 90 pounds with black hair and brown eyes.

_____
DARRYL A. GREEN #0866535

Sworn to before me this
10th day of April, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6189718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__