

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FCC, LLC,

        Plaintiff(s),

    -against-

ANI INDUSTRIES, L.L.C., ET AL.,

        Defendant(s).
-----------------------------------------------------------------X

Index No. 08 CV 2181

AFFIDAVIT OF
ATTEMPTED SERVICE

STATE OF NEW YORK   )
                  S.S.
COUNTY OF ROCKLAND  )

        DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 11TH day of April, 2008, at approximately 8:10 PM, on the 12th day of April, 2008, at approximately 7:45 AM, on the 16TH day of April, 2008, at approximately 7:40 PM, on the 17TH day of April, 2008, at approximately 8:15 PM, on the 21ST day of April, 2008, at approximately 7:30 PM, and on the 23rd day of April, 2008, at approximately 1:00 PM, deponent attempted to serve a true copy of the SUMMONS, COMPLAINT, CIVIL COVER SHEET AND INDIVIDUAL PRACTICES OF JUDGE LORETTA A. PRESKA upon MIRAGE CLOTHING USA INC. at 6 Meadows Lane, Closter, New Jersey 07624, but there was no answer at the front door to the house at that address.

_____
DAVID KSIAZEK #0974523

Sworn to before me this
28th day of April, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08

D.L.S., Inc.
145 So. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com