**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FCC, LLC,

        Plaintiff(s),

  -against-

ANI INDUSTRIES, L.L.C., ET AL.,

        Defendant(s).
-----------------------------------------------------------------X

Index No. 08 CV 2181

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                 S.S.
COUNTY OF ROCKLAND  )

      DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., Inc., and is not a party to this action.

      That on the 11TH day of April, 2008, at approximately 8:10 PM, on the 12th day of April, 2008, at approximately 7:45 AM, on the 16TH day of April, 2008, at approximately 7:40 PM, on the 17TH day of April, 2008, at approximately 8:15 PM, on the 21ST day of April, 2008, at approximately 7:30 PM, and on the 23rd day of April, 2008, at approximately 1:00 PM, deponent attempted to serve a true copy of the SUMMONS, COMPLAINT, CIVIL COVER SHEET AND INDIVIDUAL PRACTICES OF JUDGE LORETTA A. PRESKA upon NARESH MAHTANI at 6 Meadows Lane, Closter, New Jersey 07624, but there was no answer at the front door to the house at that address.

      That on the 23rd day of April, 2008, at approximately 1:00 PM, therefore, deponent served a true copy of the foregoing papers upon NARESH MAHTANI by firmly affixing the same conspicuously on the front door at that address, the last known place of residence.

D.L.S., Inc.
145 So. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

That on the 26th day of April, 2008 deponent served another copy of the foregoing upon NARESH MAHTANI by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City of New City and State of New York, addressed as follows:

NARESH MAHTANI
6 Meadows Lane
Closter, New Jersey 07624

_____
DAVID KSIAZEK #0974523

Sworn to before me this
28th day of April, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08

D.L.S., Inc.
145 So. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com