STORCH AMINI MUNVES PC
A New York Professional Corporation

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 5/5/08

KATHLEEN E. WRIGHT
Member NY and NJ Bars

RECEIVED

LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y

April 29, 2008

**VIA FIRST CLASS MAIL**

Honorable Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1320
New York, NY 10007

Re: **FCC, LLC v. ANI Industries, L.L.C, et al.**
**Case no. 08 Civ. 02181**

Dear Judge Preska:

At the direction of the ECF clerk, we are writing to inform Your Honor and the Court that Bonnie Alison Tucker is no longer an attorney at our firm and should therefore be removed from the electronic service list in the above-referenced matter.

If the Court requires any additional information, please feel free to contact me. Thank you in advance for your assistance with this matter.

Very truly yours,

Kathleen E. Wright

cc: Bonnie A. Tucker, Esq. (via facsimile)

*[Handwritten order:]* The Clerk of the Court shall remove Ms. Tucker's name from the electronic service list.

SO ORDERED

May 5, 2008

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

2 Grand Central Tower   New York, New York 10017   Tel: 212.490.4100   Fax: 212.490.4208   E-mail: kwright@samlegal.com
Washington, DC   South River, NJ