Bijan Amini (BA 3533)
Kathleen E. Wright (KW 5439)
STORCH AMINI & MUNVES, PC
Two Grand Central Tower, 25th Fl
140 East 45th Street
New York, New York 10017
Tel. (212) 490-4100
Fax (212) 490-4208
*Attorneys for Plaintiff FCC, LLC*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
FCC, LLC, a Florida limited liability company,           :

              Plaintiff,    :    08 Civ. 02181 (LAP)

    v.                                                    :

ANI INDUSTRIES, L.L.C., a New Jersey limited liability :
company; MIRAGE CLOTHING USA INC., a New Jersey :
corporation; MIRAGE CLOTHING COMPANY INC., a   :
New York corporation; MIRAGE FASHIONS OF NY,     :    **NOTICE OF DISMISSAL**
LLC, a New York limited liability company;              :
ANGELIQUE CLOTHING, INC., a New York              :
Corporation; NARESH MAHTANI, individual;           :
NAVIN MAHTANI, individual; RITESH MAHTANI,    :
individual; and DOES 1 through 10 inclusive,            :

             Defendants.   :
-------------------------------------------------------------x

PLEASE TAKE NOTICE that, pursuant to Rule 41(a) of the Federal Rules of Civil

Procedure, this action is dismissed without prejudice in accordance with the Settlement

Agreement executed by the parties.

Dated: New York, New York
       July 3, 2008



RECEIVED
JUL 07 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S. D. N. Y.

Respectfully Submitted,

STORCH AMINI & MUNVES, PC

By: _____
Bijan Amini (BA 3533)
Kathleen E. Wright (KW 5439)
Two Grand Central Tower, 25th Floor
140 East 45th Street
New York, New York 10017
(212) 490-4100
Attorneys for Plaintiff FCC, LLC

SO ORDERED:

This ___ day of July, 2008

_____
HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT COURT JUDGE

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

_____
LORETTA A. PRESKA, U.S.D.J.

July 7, 2008